# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/27/2017 2:08:39 PM

PAM ESTES
Clerk

Court of Appeals No. (If known) :   12-

Trial Court Style:  STATE OF TEXAS VS. JUSTIN MEREDITH

Trial Court & County: 87TH JUDICIAL DISTRICT COURT
                Trial Court No.: 87CR16-32863

Date Trial Clerk's Record Originally Due: 10.16.2017

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record:

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s: (Check all that apply-attach additional pages if necessary.)

\_\_\_     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

\_\_\_     my duties listed below preclude working on this record:

_X__    Other. (Explain): I was unaware of this appeal until today 11.27.2017 when asked about it by court reporter Ellen Earles.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 12.11.2017 and I hereby request and additional 55 days within which to prepare it. TEX.R.APP.P.37.3.

In compliance with TEX.R.APP.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

November 27, 2017
Date
903-723-7823
Office Phone Number

Signature
Teresa Woodall
Printed Name

Deputy Clerk
Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements*. A certificate of service must be signed by the person who made the service and must state:

(1)      the date and manner of service;

(2)      the name and address of each person served; and

(3)      if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

| Lead Counsel for APPELLANT(S): | Lead Counsel for APPELLEE(S): |
|---|---|
| Name:         MARK CARGILL | Name:  ALLYSON MITCHELL |
| Address:     701 N. ELM STREET | Address:      500 N CHURCH RM 38 |
|              PALESTINE, TX 75801 |             Palestine, TX 75801 |
| Phone No.:  903-729-8011 | Phone No:   903-723-7400 |
| Attorney For:  JUSTIN MEREDITH | Attorney For:  STATE OF TEXAS |

Additional information, if any: